

# NUMBER 13-13-00541-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GRACIELA CASAS ARJONA,                                          Appellant,

v.

THE STATE OF TEXAS,                                               Appellee.

On appeal from the 93rd District Court
of Hidalgo County, Texas.

# ORDER TO FILE APPELLATE BRIEF

### Before Justices Rodriguez, Garza, and Benavides
### Order Per Curiam

This cause is currently before the Court on appellant's unopposed fourth motion for extension of time to file the brief. The reporter's record was filed on February 24, 2014, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). This Court has previously granted appellant three extensions of time

totaling 152 days to file the brief, and appellant now seeks an additional thirty days, until September 24, 2014, to file the brief.

The Court GRANTS appellant's fourth unopposed motion to file the brief and ORDERS the Honorable Victoria Guerra to file the brief on or before September 24, 2014. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4). The

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
5th day of September, 2014.